IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

RECEIVED
DEC 23 2014
AT 8:30_____M
WILLIAM T WALSH CLERK

| UNITED STATES OF AMERICA | Crim. No. 14-CR-00287 (FLW) |
|---|---|
| v. | |
| MENDEL EPSTEIN, et al. | **PRE-TRIAL ORDER** |

UPON holding a Status Conference with all parties, and to expedite pre-trial motions and eliminate delays in the presentation of evidence and the examination of witnesses,

**IT IS ORDERED**:

1. The United States shall provide notice to the defense of all evidence it intends to offer of other crimes, wrongs or acts within the meaning of Rule 404 (b) of the Federal Rules of Evidence, no later than January 5, 2015;

2. The government shall transcribe all foreign language conversations contained on the audio and video tapes with the undercover agents and provide those translations/transcripts to the defense no later than January 5, 2015;

3. The government shall provide the defense with a written summary of the testimony of its expert on Jewish law pursuant to Rule 16(a)(1)(G);

4. Oral argument on Pre-Trial Motions pursuant to Rules 12 and 41 (g), Fed. R. Crim. P., including *inter alia*, motions to dismiss, suppression of evidence, severance and discovery will be heard on January 23, 2105 at 10:00 a.m.;

5. Rule 104 hearing on the challenge to the photo arrays will be heard on January 27, 2015 at 10:00 a.m.; and

6. Oral argument on any motions concerning the Religious Freedom Restoration Act will be heard on January 28, 2015 at 10:00 a.m.

_____
HON. FREDA L. WOLFSON,
UNITED STATES DISTRICT JUDGE

DATED: December 23, 2014