UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**                                    **DATE: January 14, 2015**
**JUDGE FREDA L. WOLFSON**
**COURT REPORTER: Vincent Russoniello**


**TITLE OF CASE:**                                     CR14-287-02(FLW)
UNITED STATES OF AMERICA
        vs.
MARTIN WOLMARK,
a/k/a MORDECHAI,
        DEFT. PRESENT

**APPEARANCE:**

Sarah Wolfe, AUSA, and Joseph Gribko, AUSA, for government
Stephen Orlofsky, Esq., Benjamin Brafman, Esq., Nicholas Harbist, Esq.,
     and Jacob Kaplan, Esq.,  for defendant


**NATURE OF PROCEEDINGS:**
**PLEA RETRACTION HEARING.**
Ordered defendant affirmed; defendant affirmed.
Waiver of indictment filed.
SUPERSEDING INFORMATION filed.
PLEA:  Defendant retracted his plea of Not Guilty to Counts 1, 3, and 5 of
       Indictment, and Counts 1s, 3s, and 5s of Superseding Indictment;
       and entered a plea of GUILTY to Count 1 of Superseding Information.
Terms of plea agreement read into the record.
Ordered plea agreement approved.
Ordered plea accepted.
Plea Agreement and Rule 11 documents filed.
Ordered sentencing set for May 18, 2015, at 10:00am.
Ordered bail continued.


**Time commenced: 2:15pm**
**Time Adjourned: 2:45pm**
**Total Time: 30 minutes**

                                             *s/Elizabeth Heffner*
                                             **DEPUTY CLERK**