**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

_____
                                  :
UNITED STATES OF AMERICA,         :
                                  :        Cr. No. 14-287 (FLW)
                                  :
                  Plaintiff,      :
                                  :               **ORDER**
        v.                        :
                                  :
MENDEL EPSTEIN, JAY               :
GOLDSTEIN, DAVID ARYEH            :
EPSTEIN, and                      :
BINYAMIN STIMLER,                 :
                                  :
                  Defendants.:
_____:

   **THIS MATTER** having been opened to the Court by

Defendants Rabbi Mendel Epstein, Rabbi Jay Goldstein, David

Epstein and Rabbi Binyamin Stimler (collectively,

"Defendants"), represented by Robert G. Stahl, Esq., Aidan

P. O'Connor, Esq., Henry E. Mazurek, Esq., and Nathan Lewin,

Esq., respectively, on individual motions to dismiss and on

their application to introduce certain evidence; it

appearing that the Government, represented by Joseph Gribko,

Esq. and Sarah M. Wolfe, Esq., opposes Defendants' motions

and application; it appearing that the Court held oral

argument on these motions and application; the Court having

heard arguments of counsel, and considered the parties'

submissions in connection with the motions and application,

1

for the reasons set forth on the record and in the Opinion

filed on even date, and for good cause shown,

       **IT IS** on this March 19, 2015,

       **ORDERED** that Defendants' motions to dismiss the Superseding Indictment pursuant to the Religious Freedom Restoration Act are **DENIED**; and it is further

       **ORDERED** that Defendants' application to introduce certain evidence of religious beliefs and to mount a consent defense based on Defendants' religion is **DENIED**.

              /s/        Freda L. Wolfson
              **Freda L. Wolfson**
              **United States District Judge**