RECEIVED
MAR 20 2015
AT 8:30_____M
WILLIAM T. WALSH
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARTIN WOLMARK,<br><br>               Defendant | Criminal No. 3:14-287 (FLW) |

## CONSENT ORDER RETURNING ADDITIONAL CASH DEPOSITED AS BAIL FOR DEFENDANT, MARTIN WOLMARK

**THIS COURT** having entered an Amended Order on February 9, 2015 Allowing Defendant, Martin Wolmark, To Travel To Israel To Attend The Funeral Of His Mother, which provided in relevant part:

1. Defendant, Martin Wolmark, must personally post an additional $500,000 in security as well as personal guarantees from two different family members posting an additional $1.5 million in bail;

2. This additional $2 million in bail shall be posted only for the period during which Defendant, Martin Wolmark, travels to and returns from the funeral of his Mother in Israel. Once he returns to the United States from his Mother's funeral in Israel, the additional security of $2 million shall be returned to him;

3. Any passport issued from the United States Department of State to Martin Wolmark to permit him to travel to his Mother's funeral in Israel shall be returned to the United States Pretrial Services Office within 24 hours of his return to the United States;

143512.00601/50686007v.1

**IT APPEARING** that prior to his departure from the United States to attend his Mother's funeral in Israel, the following individuals posted additional cash surety with the Clerk of the United States District Court for the District of New Jersey in Trenton:

1. $500,000 – Martin Wolmark, 32 Olympia Lane, Monsey, NY 10952;
2. $750,000 – Avraham Y. Wolmark, 627 Fifth Street, Lakewood, NJ 08701;
3. $750,000 – Yehuda L. Wolmark, 124 Village Path, Lakewood, NJ 08701; and

**IT FURTHER APPEARING** that following his Mother's death, Defendant, Martin Wolmark, departed from the United States for Israel on February 28, 2015 at approximately 11:50 p.m. to attend his Mother's funeral in Israel, and returned to the United States on March 2, 2015 at 6:00 a.m.; and

**IT FURTHER APPEARING** that Defendant, Martin Wolmark, surrendered his passport to Pretrial Services on March 2, 2015; and

**IT FURTHER APPEARING** that Defendant, Martin Wolmark, has fully complied with this Court's Amended Order of February 9, 2015 Allowing Him To Travel To Israel To Attend The Funeral Of His Mother; and

**THE UNITED STATES** having given its consent to the terms and entry of this Order;

IT IS on this 20th day of March, 2015 hereby **ORDERED** that the additional $2 million in cash bail which was posted with the Clerk of the United States District Court for the District of New Jersey to Allow Defendant, Martin Wolmark To Travel To Israel To Attend His Mother's Funeral Shall Be Returned To The Individuals identified below who have filed Affidavits as Owners of Cash Surety with the Clerk in the amounts indicated, at the addresses previously provided to the Clerk:

2

    Martin Wolmark - $500,000
    Yehuda L. Wolmark - $750,000
    Avraham Y. Wolmark - $750,000

_____
HON. DOUGLAS E. ARPERT,
United States Magistrate Judge

The undersigned consent to the form and entry of this Order.

PAUL J. FISHMAN,
United States Attorney

By: _____
R. JOSEPH GRIBKO
SARAH M. WOLFE
Assistant U.S. Attorneys
U.S. ATTORNEY'S OFFICE
402 East State Street, Suite 400
Trenton, NJ 08608
Phone: 609-989-2020

Dated: 3/11/2015

_____
STEPHEN M. ORLOFSKY
BLANK ROME LLP
301 Carnegie Center, 3rd Floor
Princeton, NJ 08540
Phone: 609-750-2646
*Attorneys for Defendant, Martin Wolmark*

Dated: 3/13/15