UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

March 23, 2015

OFFICE: TRENTON                                               DATE OF PROCEEDINGS

JUDGE FREDA L. WOLFSON, U.S.D.J.              Docket # 3:14- CR-287(FLW)

COURT REPORTER:  Vincent Russoniello

TITLE OF CASE:
UNITED STATES OF AMERICA
    v.
MENDEL EPSTEIN-01
JAY GOLDSTEIN-03
DAVID ARYEH EPSTEIN-04
BINYAMIN STIMLER-05
      ALL PRESENT

APPEARANCES:
R. Joseph Gribko, AUSA, & Sarah M. Wolfe, AUSA   for Government.
Robert G. Stahl, Esq.,  for Defendant Mendel Epstein-01
Aidan P. O'Connor, Esq. for Deft. Jay Goldstein-03
Henry E. Mazurek, Esq. for Deft. David Aryeh Epstein-04
Nathan Lewin, Esq. & Gedalia Stern, Esq. for Deft. Binyamin Stimler-05

NATURE OF PROCEEDINGS:                     TRIAL

Trial w/jury continued before the Honorable Freda L. Wolfson, U.S.D.J.
All jurors present (16)
PAUL STRICKER     SWORN     FOR     GOVERNMENT.
FREDRIC GOLDFEIN    SWORN     FOR     GOVERNMENT.
Lunch break 12:10 pm. - 1:00 p.m.
THOMAS WAGNER     SWORN     FOR     GOVERNMENT.
LAURA ROBINSON     SWORN     FOR     GOVERNMENT.


Trial w/jury adjourned until 3/24/2015 at 9:30 A.M.

Time commenced:  9:30 A.M.    Time Adjourned:    4:00   P.M.

                                                           *s/Jacqueline Gore*
                                                           DEPUTY CLERK