UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Freda L. Wolfson
                         :
         v.              : Criminal No. 14-287 (FLW)
                         :
MENDEL EPSTEIN, et al.   :

## ORDER

AND NOW, this 13th day of April, 2015, upon motion of the United States of America, pursuant to Fed. R. Crim. P. 48(a), with the consent of defendants Jay Goldstein, David Epstein, and Binyamin Stimler,

IT IS HEREBY ORDERED that Count 4 of the Superceding (TPM) Indictment is dismissed with prejudice.

BY THE COURT

_____
Freda L. Wolfson, J.

RECEIVED

APR 1 3 2015

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK