4:30

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

### JURY NOTE #1

CASE NO: CR. 14-287(FLW)            DATE 4-15-2015

NAME OF CASE: U.S.A. v Mendel Epstein et al.

JUDGE WOLFSON:

Does Exhibit (Government 2303-10) include pages 71 - 77. Covering the dates 10/10/2010 - 10/15/2010.

Thank You!

2303-10 is a part of 2303. Exhibit 2303 includes all those records.



FOREPERSON