UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**JURY NOTE**   #2

CASE NO: CR. 14-287(FLW)    DATE  4-16-2015

NAME OF CASE:  U.S.A. v Mendel Epstein et al.

JUDGE WOLFSON,

MAY THE JURY HAVE THE "CLOSING ARGUMENTS" PORTION OF THE TRANSCRIPT.

THANK YOU!

As I have previously charged, the closing arguments are not evidence and therefore you may not receive copies of them.

FLW



FOREPERSON