UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**JURY NOTE** #3

CASE NO:  CR. 14-287(FLW)                    DATE  4-16-2015

NAME OF CASE:   U.S.A. v Mendel Epstein et al.

JUDGE WOLFSON,

WE NEED CLARIFICATION ON THE KIDNAPPING CHARGES.

IF YOU KNOW THAT SOMEONE IS BEING CONFINED AGAINST THEIR WILL AND THEY DO NOT INTERVENE, DOES THAT FUFILL ELEMENT #1 OF KIDNAPPING.

FOREPERSON

I have interpreted your question as to referring to the kidnapping counts, counts 2 and 3.  If that is accurate, then the answer to your question is no.

If, however, you are inquiring about any other count, please so indicate, so that I may more fully consider your question and answer appropriately.