1:55 PM

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

### JURY NOTE #4

CASE NO: CR. 14-287(FLW)  DATE 4-16-2015

NAME OF CASE: U.S.A. v Mendel Epstein et al.

JUDGE WOLFSON:

If a defendant charged in Count 5 (attempted kidnapping) never actually intended to perform the kidnapping himself but only engaged in planning the activity, does this satisfy element #1 of Count 5.

I refer you back to the jury instructions.

/fw/

THANK YOU!

FOREPERSON